UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ROBIN RENEE PAGE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:15CV129 CDP |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount of $4,765.20. Defendant does not object to the request for fees.

On July 8, 2016, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. See Astrue v. Ratliff, 560 U.S. 586 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#31] is granted, and defendant Social Security Administration shall pay plaintiff $4,765.20 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2016.